

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
|---|---|---|
| IN RE: DORIAN LAUTRET, | § | No. 08-18-00096-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN HABEAS CORPUS |
|  | § | |

## MEMORANDUM OPINION

Relator, Dorian Lautret, has filed a habeas corpus petition challenging a contempt order entered by the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso County, Texas. Relator has also filed a motion for emergency relief. We deny the petition for writ of habeas corpus and the motion for emergency relief.

A relator is entitled to habeas corpus relief if he establishes he was deprived of liberty without due process of law, or if the appellate court concludes the judgment ordering confinement is void. *See In re Henry*, 154 S.W.3d 594, 596 (Tex. 2005); *In re Alexander*, 243 S.W.3d 822, 824 (Tex.App.--San Antonio 2007, orig. proceeding). The purpose of a habeas corpus proceeding is not to determine the relator's guilt or innocence, but to ascertain if the relator has been unlawfully confined. *Ex parte Gordon*, 584 S.W.2d 686, 688 (Tex. 1979); *Alexander*, 243 S.W.3d at 827.

After reviewing the habeas petition and evidence provided by Relator, we conclude that Relator has failed to establish he is entitled to habeas corpus relief. The petition for writ of habeas

corpus and the motion for emergency relief are denied.


June 13, 2018

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.